THE PEOPLE OF THE STATE NEW YORK, Respondent, *v.* ANDREA MANCO, Appellant.

(Argued April 24, 1913; decided May 13, 1913.)

APPEAL from a judgment of the Supreme Court, rendered December 11, 1912, at a Trial Term for the county of Orange, upon a verdict convicting the defendant of the crime of murder in the first degree.

39

*W. T. Shaw* for appellant.

*J. D. Wilson, Jr., District Attorney*, for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.